JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
MELINDA BREWER
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Melinda.Brewer@usdoj.gov
Representing the United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABELINO GARCIA BRANTLEY,<br><br>Defendant. | Case No.: 2:24-cr-_0197-GMN-MDC_<br><br>**Petition for Writ of Habeas Corpus Ad Prosequendum for**<br>    **ABELINO GARCIA BRANTLEY**<br>**(ID # 112437)** |

The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, Wise County Jail, Decatur, Texas, and the United States Marshal for the District of Nevada to produce **ABELINO GARCIA BRANTLEY**, before the United States District Court on or about _IA&AP, Wed 9/25/2024 2:30 PM NJK 3C_____, for initial appearance regarding a Criminal Indictment.

**ABELINO GARCIA BRANTLEY** is currently in the custody of the Warden, Wise County Jail, Decatur, Texas.

On September 4, 2024, a federal grand jury in this District returned an Indictment in the above-captioned matter charging **ABELINO GARCIA BRANTLEY**.

Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce **ABELINO GARCIA BRANTLEY**, before this Court for the purpose of initial appearance regarding a Criminal Indictment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Warden, Wise County Jail, Decatur, Texas.

Respectfully submitted this 4th day of September, 2024.

JASON M. FRIERSON
United States Attorney

By /s/ Melinda Brewer
MELINDA BREWER
Assistant United States Attorney

Attorneys for Plaintiffs
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABELINO GARCIA BRANTLEY,<br><br>Defendant. | Case No.: 2:24-cr--0197-GMN-MDC<br><br>**Order for Issuance of Writ of Habeas Corpus Ad Prosequendum For ABELINO GARCIA BRANTLEY (ID # 112437)** |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of **ABELINO GARCIA BRANTLEY**, before the United States District Court at Las Vegas, Nevada, on or about IA&AP, Wed 9/25/2024 2:30 PM NJK 3C, for initial appearance regarding a Criminal Indictment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: September 4, 2024

_____
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE