RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Abelino Garcia Brantley

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00197-GMN-MDC |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| ABELINO GARCIA BRANTLEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Melinda Brewer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Abelino Garcia Brantley, that the Sentencing Hearing currently scheduled on May 28, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      Defense counsel needs additional time to interview witnesses in support of gathering character letters and obtain other mitigation in support of  Mr. Brantley's upcoming Sentencing Hearing.

2.       The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 19th day of May, 2025.


RENE L. VALLADARES                     SIGAL CHATTAH
Federal Public Defender                United States Attorney


By */s/ LaRonda Martin*                By */s/ Melinda Brewer*
LARONDA MARTIN                         MELINDA BREWER
Assistant Federal Public Defender      Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00197-GMN-MDC |
| Plaintiff, | **ORDER** |
| v. | |
| ABELINO GARCIA BRANTLEY, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for May 28, 2025 at 11:00 a.m., be vacated and continued to July 29, 2029 at 9:00 a.m..

DATED this _21_ day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE

3