RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Abelino Garcia Brantley

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00197-GMN-MDC |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| ABELINO GARCIA BRANTLEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Melinda Brewer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Abelino Garcia Brantley, that the Sentencing Hearing currently scheduled on July 29, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than seventy-five (75) days.

This Stipulation is entered into for the following reasons:

1.   Counsel Martin has been hospitalized at Summerlin Hospital since July 22, 2025.

2.   Counsel Martin will be on medical leave for 60 days.

3. Counsel Martin would like to maintain continuity of representation with Mr. Brantley and handle his sentencing hearing upon her return.

4. The parties request that the new sentencing hearing not be scheduled during the week of October 13, 2025. The government will be unavailable during this period.

5. The defendant is in custody and agrees with the need for the continuance.

6. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 24th day of July, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By */s/ LaRonda Martin*<br>LARONDA MARTIN<br>Assistant Federal Public Defender | By */s/ Melinda Brewer*<br>MELINDA BREWER<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABELINO GARCIA BRANTLEY,<br><br>　　　　　Defendant. | Case No. 2:24-cr-00197-GMN-MDC<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for July 29, 2025 at 9:00 a.m., be vacated and continued to  October 21, 2025  at the hour of 9:00 a.m.

DATED this  25  day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE

3